# United States Court of Appeals
### For the Eighth Circuit

_____

No. 24-3076

_____

Timothy Hutto

*Plaintiff - Appellant*

v.

TLG Operations, LLC

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Western District of Arkansas - Ft. Smith

_____

Submitted: July 3, 2025
Filed: July 9, 2025
[Unpublished]

_____

Before KELLY, GRASZ, and KOBES, Circuit Judges.

_____

PER CURIAM.

Timothy Hutto appeals following the district court's[1] dismissal of his removed breach-of-contract action for failure to prosecute. Having carefully reviewed the

---

[1]The Honorable Susan O. Hickey, Chief Judge, United States District Court for the Western District of Arkansas.

record and the parties' arguments on appeal, we find no basis for reversal. Accordingly, we affirm the district court's order dismissing the case. <u>See</u> 8th Cir. R. 47B.

_____